UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RAMONA SAMARA HADDAD,            )<br>    Plaintiff,            )<br>                                 )<br>-v-                              )<br>                                 )<br>JANET NAPOLITANO, ET AL.,        )<br>    Defendants.          )<br>_____) | No. 1:13-cv-1028<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendants' cross-motion for summary judgment (ECF No. 16) and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   December 31, 2014                    /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             Chief United States District Judge